**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-2029**

———————————

ARLENE M. BALINAO,

Plaintiff - Appellant,

versus

MICHAEL B. MUKASEY, Attorney General,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Patrick Michael Duffy, District Judge.  (9:06-cv-00254-PMD)

———————————

Submitted:  February 11, 2008      Decided:  March 18, 2008

———————————

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Arlene M. Balinao, Appellant Pro Se.  Terri Hearn Bailey, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arlene M. Balinao appeals the district court's order granting summary judgment to the Attorney General and dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Balinao v. Mukasey, No. 9:06-cv-00254-PMD (D.S.C. Aug. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED